KELLY A. JOHNSON, Acting Assistant Attorney General
PAMELA S. TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile:  (202) 514-8865

KEVIN V. RYAN (CSBN118321)
United States Attorney
JAMES CODA
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SPPI-Somersville, Inc., et al.<br><br>Plaintiff,<br><br>v.<br><br>TRC Companies, Inc., et al.<br><br>Defendants. | No. C 04-02648 SI<br><br>STIPULATION AND PROPOSED ORDER EXCUSING DEFENDANT UNITED STATES' APPEARANCE AT CASE MANAGEMENT CONFERENCE ON JUNE 10, 2005 |

In accordance with Local Rule 7-11, the parties hereby stipulate that the United States Department of the Army, United States Department of Defense, Defense Logistics Agency, and United States Department of the Navy (collectively "Federal Defendants") be excused from appearing at the case management conference scheduled for June 10, 2005. The principal basis for this request is that counsel of record for the United States will be on vacation from June 1, 2005, through June 19, 2005. In further support of this stipulation, the parties state as follows:

(1)   Plaintiffs in this case seek relief from three categories of defendants: (i) defendants who allegedly arranged for the disposal of hazardous substances at the GBF and Pittsburg Landfills ("Generator Defendants"), (ii) defendants who previously owned and/or operated the GBF and Pittsburg Landfills ("Former Owner/Operator Defendants"), and (iii)

defendants who currently own the landfills ("Current Owner/Operator Defendants"). The Federal Defendants fall within the first category. Thus, the Generator Defendants are comprised of Federal Defendants and Non-federal Generator Defendants.

(2) The Federal Defendants contend that, under previously developed calculations, they are responsible for less than 3 percent, by volume, of the waste disposed at the GBF and Pittsburg Landfills.

(3) All of the defendants, including the Federal Defendants, are named insureds under the same insurance policy.

(4) In resolving a related action in this Court (C96-3147 SI), certain Generator Defendants agreed to indemnify and hold the United States harmless from any and all future claims for response costs in connection with the GBF and Pittsburg Landfills.

(5) Pursuant to 5 U.S.C. § 516, the conduct of litigation in which the United States is a party is reserved to the Department of Justice. Thus, unlike the Non-federal Generator Defendants, the Federal Defendants are unable to tender the defense of the claims in this case to outside counsel.

(6) To date, all substantive discussions regarding the litigation and potential resolution of this case have principally involved Plaintiffs, Non-federal Generator Defendants, Former Owner/Operator Defendants, and Current Owner/Operator Defendants. The Federal Defendants have been kept apprised of the developments in the discussions between the main parties. Plaintiffs, Non-federal Generator Defendants, Former Owner/Operator Defendants, and Current Owner/Operator Defendants wish to continue to explore possible means of resolving this case without litigation. If such a resolution is reached, the parties expect that the Federal Defendants will be brought into the framework of any negotiated settlement under the indemnity agreement between certain Defendants and the United States. Given the Federal Defendants' unique position in this case, their appearance at the status conference is not necessary to the advancement of this case toward a final resolution.

//

For the foregoing reasons, the parties stipulate that the Federal Defendants be excused from appearing at the status conference scheduled for June 10, 2005.

SO STIPULATED:

FOR PLAINTIFFS

John L. Kortum
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596

FOR NON-FEDERAL GENERATOR DEFENDANTS

/s/ Clifton J. McFarland
Clifton J. McFarland
GIBSON, DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA 90071-3197

FOR OWNER/OPERATOR DEFENDANTS

/s/ Jeremy Huie
Fred Blum
Jeremy Huie
BASSI MARTINI EDLIN & BLUM
351 California Street, Suite 200
San Francisco, California 94104

FOR FEDERAL DEFENDANTS

/s/ Pamela S. Tonglao
Pamela S. Tonglao
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C. 20026-3986

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____ GE

[Seal: UNITED STATES DISTRICT COURT NORTHERN CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]