```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDY L. CIPOLLO, | ) |
| Plaintiff, | ) CIVIL NO.  04-02444 SI |
| v. | ) STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on June 20, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on July 20, 2005.

///
///
///
///
///
///
///

---

[1] See Declaration of John Carvelas, attached to hand-filed copy of extension.

This is defendant's first request.

Dated: May 26, 2005
        /s/
KENNETH J. COLLINS
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: May 26, 2005    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____

IT IS SO ORDERED
Judge Susan Illston

CIPOLLO, EXT.MXSJ (jnc)
C 04-02444 SI