IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDY L. CIPOLLO,　　　　　　　　　　　　　　　No. C 04-02444 SI

　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER RE: PLAINTIFF'S FAILURE TO FILE OPPOSITION/REPLY BRIEF**

　　v.

ELLAN R. HYLTON,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　　/

　　　　On June 21, 2004, plaintiff filed a complaint seeking judicial review of the denial of Social Security disability benefits. On May 2005, plaintiff filed a motion for summary judgment, and defendant filed an opposition/cross-motion for summary judgment on July 18, 2005. Pursuant to Civil Local Rule 16-5, plaintiff could serve and file an opposition/reply brief within 14 days after service of defendant's cross motion. Plaintiff has not filed a reply brief and has not contacted the Court requesting any further extension of time.

　　　　IT IS THEREFORE ORDERED that plaintiff either submit an opposition/reply brief **on or before September 9, 2005**, or inform the Court in writing by that date that plaintiff does not intend to do so. If plaintiff does not file any further briefing, the matter will be resolved on the pleadings currently on file.

　　　　**IT IS SO ORDERED.**

Dated: 8/31/05

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge